UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20765-CV-KING

EDUARDO CHAVEZ-FUENTES,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of
Social Security Administration,

    Defendant.

_____/

## ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the August 27, 2020 Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 29). The R&R recommends that Defendant's Motion for Summary Judgment (DE 14) be denied and Plaintiff's Motion for Summary Judgment (DE 13) be granted in part and denied in part. No objections to the R&R have been filed, and the time to do so has passed.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's August 27, 2020 Report and Recommendation **(DE 29)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Defendant's Motion for Summary Judgment **(DE 14)** is hereby **DENIED**;

3. Plaintiff's Motion for Summary Judgment **(DE 13)** is hereby **GRANTED IN PART and DENIED IN PART**;

4. The above-styled action is hereby **REMANDED** to the Social Security Commissioner for further proceedings consistent with this opinion; and

5. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of September, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:        Counsel Of Record